# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

DAVID BURK,

              Petitioner

,

              Petitioner


         v.


WORKERS' COMPENSATION APPEAL
BOARD (SCHOOL DISTRICT OF
PHILADELPHIA),

              Respondent

: No. 28 EAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.